UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYE THURLOW, Individually and For Others Similarly Situated <br><br> v. <br><br> NATIONAL INSPECTION SERVICES, LLC | Case No. 2:24-cv-001135-CCW |

PLAINTIFF'S UNOPPOSED MOTION FOR
APPROVAL OF SETTLEMENT AND DISMISSAL OF CASE

Plaintiff Brye Thurlow ("Plaintiff") respectfully requests the Court enter an order granting his Unopposed Motion for Approval of Settlement and Dismissal of Case. Specifically, for the reasons set forth in the accompanying memorandum in support of this Unopposed Motion, the Court should find that the proposed settlement agreement is a fair and reasonable resolution of a *bona fide* dispute, approve the Settlement Agreement that was negotiated and approved by the Parties and attached hereto as Exhibit 1, and dismiss this case with prejudice.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order approving the terms of the settlement of Plaintiff's FLSA claims and dismiss this action with prejudice, but retaining jurisdiction, as necessary, to enforce the Parties' Settlement Agreement.

Respectfully submitted,

By: */s/ William M. Hogg*
Michael A. Josephson (PA Bar No. 308410)
Andrew W. Dunlap (TX Bar No. 24078444)
William M. Hogg (TX Bar No. 24087733)
Olivia R. Beale (TX Bar No. 24122166)
JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100

– 1 –

Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
whogg@mybackwages.com
obeale@mybackwages.com

Richard J. (Rex) Burch
(TX Bar No. 24001807)
BRUCKNER BURCH PLLC
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

Joshua P. Geist (PA ID No. 85745)
William F. Goodrich (PA ID No. 30235)
GOODRICH & GEIST P.C.
3634 California Ave.
Pittsburgh, Pennsylvania 15212
Tel: (412) 766-1455
Fax: (412) 766-0300
josh@goodrichgeist.com
bill@goodrichgeist.com

ATTORNEYS FOR PLAINTIFFS AND PUTATIVE
COLLECTIVE MEMBERS


CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Unopposed Motion to Approve Settlement and Dismissal of Case was served on June 27, 2025, via ECF to all counsel of record.

By: */s/ William M. Hogg*
William M. Hogg